AO 257 (Rev. 6/78)

| DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT |
|---|

BY: ☐ COMPLAINT  ☐ INFORMATION  ☒ INDICTMENT
☐ SUPERSEDING

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

**FILED**
MAY 21 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

**— OFFENSE CHARGED —**

18 U.S.C. § 371 – Conspiracy to Commit Wire Fraud;
18 U.S.C. § 1343 – Wire Fraud

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

PENALTY: SEE ATTACHMENT

**— DEFENDANT - U.S —**

▶ JOHN THEOPHILOU, JR.

DISTRICT COURT NUMBER
CR 08-0338 DLJ

**— PROCEEDING —**

Name of Complaintant Agency, or Person (& Title, if any)

Federal Bureau of Investigation

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY  ☐ DEFENSE
} SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant
} MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under
}

Name and Office of Person
Furnishing Information on this form  JOSEPH P. RUSSONIELLO
☒ U.S. Attorney  ☐ Other U.S. Agency

Name of Assistant U.S.
Attorney (if assigned)  DANIEL KALEBA, AUSA

**— DEFENDANT —**

**IS *NOT* IN CUSTODY**
Has not been arrested, pending outcome this proceeding.
1) ☒ If not detained give date any prior summons was served on above charges ▶

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge

5) ☐ On another conviction  } ☐ Federal ☒ State

6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution

Has detainer  ☐ Yes  } If "Yes" give date filed
been filed?   ☐ No

DATE OF ARREST ▶ Month/Day/Year

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED ▶ Month/Day/Year
TO U.S. CUSTODY

☐ This report amends AO 257 previously submitted

**— ADDITIONAL INFORMATION OR COMMENTS —**

PROCESS:
☐ SUMMONS  ☐ NO PROCESS*  ☒ WARRANT    Bail Amount: NO BAIL

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Defendant Address:

Date/Time:                    Before Judge:

Comments:

*United States v. Theophilou et al.,*
Penalty Sheet

18 U.S.C. § 371 – Conspiracy to Commit Wire Fraud

    1. Maximum imprisonment: 5 years
    2. Fine: $250,000 (18 U.S.C. § 3571)
    3. Supervised release: 3 years (18 U.S.C. § 3583)
    4. Special assessment: $100 (18 U.S.C. § 3013)

18 U.S.C. § 1343 – Wire Fraud

    1. Maximum imprisonment: 20 years
    2. Fine: $250,000 (18 U.S.C. § 3571)
    3. Supervised release: 3 years (18 U.S.C. § 3583)
    4. Special assessment: $100 (18 U.S.C. § 3013)

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT   ☐ INFORMATION   ☒ INDICTMENT
☐ SUPERSEDING

**OFFENSE CHARGED**

18 U.S.C. § 371 – Conspiracy to Commit Wire Fraud;
18 U.S.C. § 1343 – Wire Fraud

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

PENALTY:   SEE ATTACHMENT

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

**DEFENDANT - U.S**

▶ RONNIE FRANCIS BAKER

DISTRICT COURT NUMBER

CR08-0338 DLJ

FILED
MAY 21 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

E-filing

**PROCEEDING**

Name of Complaintant Agency, or Person (& Title, if any)

Federal Bureau of Investigation

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40.  Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY   ☐ DEFENSE
} SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under
} MAGISTRATE CASE NO.

Name and Office of Person Furnishing Information on this form   JOSEPH P. RUSSONIELLO
☒ U.S. Attorney   ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)   DANIEL KALEBA, AUSA

**DEFENDANT**

**IS NOT IN CUSTODY**
Has not been arrested, pending outcome this proceeding.
1) ☒ If not detained give date any prior summons was served on above charges ▶

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge

5) ☐ On another conviction       } ☐ Federal ☒ State

6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution

Has detainer been filed?   ☐ Yes   ☐ No   } If "Yes" give date filed

DATE OF ARREST ▶   Month/Day/Year

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ▶   Month/Day/Year

☐ This report amends AO 257 previously submitted

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:
☐ SUMMONS   ☐ NO PROCESS*   ☒ WARRANT   Bail Amount: NO BAIL

If Summons, complete following:
☐ Arraignment   ☐ Initial Appearance

Defendant Address:

* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:   Before Judge:

Comments:

*United States v. Theophilou et al.,*
Penalty Sheet

18 U.S.C. § 371 – Conspiracy to Commit Wire Fraud

    1.    Maximum imprisonment:    5 years
    2.    Fine:    $250,000 (18 U.S.C. § 3571)
    3.    Supervised release:    3 years (18 U.S.C. § 3583)
    4.    Special assessment:    $100 (18 U.S.C. § 3013)

18 U.S.C. § 1343 – Wire Fraud

    1.    Maximum imprisonment:    20 years
    2.    Fine:    $250,000 (18 U.S.C. § 3571)
    3.    Supervised release:    3 years (18 U.S.C. § 3583)
    4.    Special assessment:    $100 (18 U.S.C. § 3013)

AO 257 (Rev. 6/78)

| DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT |
|---|

BY: ☐ COMPLAINT   ☐ INFORMATION   ☒ INDICTMENT         Name of District Court, and/or Judge/Magistrate Location
                                  ☐ SUPERSEDING         NORTHERN DISTRICT OF CALIFORNIA
                                                        OAKLAND DIVISION

**OFFENSE CHARGED**

18 U.S.C. § 371 – Conspiracy to Commit Wire Fraud;
18 U.S.C. § 1343 – Wire Fraud

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

PENALTY: SEE ATTACHMENT

E-filing

FILED
MAY 21 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

**DEFENDANT - U.S**
▶ WARREN KO

DISTRICT COURT NUMBER
**CR08-0338 DLJ**

**PROCEEDING**

Name of Complaintant Agency, or Person (& Title, if any)
Federal Bureau of Investigation

☐ person is awaiting trial in another Federal or State Court, give name of court
_____

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District
_____

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY   ☐ DEFENSE

SHOW
DOCKET NO.
_____

☐ this prosecution relates to a pending case involving this same defendant

MAGISTRATE
CASE NO.
_____

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under
_____

Name and Office of Person Furnishing Information on this form   JOSEPH P. RUSSONIELLO
☒ U.S. Attorney   ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)   DANIEL KALEBA, AUSA

**DEFENDANT**

IS *NOT* IN CUSTODY
Has not been arrested, pending outcome this proceeding.
1) ☒ If not detained give date any prior summons was served on above charges ▶ _____

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)
_____

IS IN CUSTODY
4) ☐ On this charge

5) ☐ On another conviction    ☐ Federal ☒ State

6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution
_____

Has detainer ☐ Yes    If "Yes" give date filed _____
been filed?  ☐ No

DATE OF ▶   Month/Day/Year
ARREST       _____

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED ▶   Month/Day/Year
TO U.S. CUSTODY        _____

☐ This report amends AO 257 previously submitted

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:
☐ SUMMONS   ☐ NO PROCESS*   ☒ WARRANT    Bail Amount: NO BAIL

If Summons, complete following:
☐ Arraignment   ☐ Initial Appearance

Defendant Address:

* *Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment*

Date/Time: _____   Before Judge: _____

Comments:

*United States v. Theophilou et al.,*
Penalty Sheet

18 U.S.C. § 371 – Conspiracy to Commit Wire Fraud

1. Maximum imprisonment:   5 years
2. Fine:   $250,000 (18 U.S.C. § 3571)
3. Supervised release:   3 years (18 U.S.C. § 3583)
4. Special assessment:   $100 (18 U.S.C. § 3013)

18 U.S.C. § 1343 – Wire Fraud

1. Maximum imprisonment:   20 years
2. Fine:   $250,000 (18 U.S.C. § 3571)
3. Supervised release:   3 years (18 U.S.C. § 3583)
4. Special assessment:   $100 (18 U.S.C. § 3013)

# United States District Court

FOR THE
NORTHERN DISTRICT OF CALIFORNIA

VENUE: OAKLAND

FILED
MAY 21 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

E-filing

UNITED STATES OF AMERICA,

V.

CR08-0338 DLJ

JOHN THEOPHILOU, JR.,
RONNIE FRANCIS BAKER, and
WARREN KO,

DEFENDANT(S).

## INDICTMENT

18 U.S.C. § 371 – Conspiracy to Commit Wire Fraud;
18 U.S.C. § 1343 – Wire Fraud

A true bill.

_____
Foreman

Filed in open court this 21 day of MAY 2008.

Document No. 1 of
District Court
Criminal Case Processing

_____
Clerk

Bail, $ No bail arrest warrants for all 3 defendants. 5/21/08

Wayne D. Brazil

JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

**FILED**
MAY 21 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

E-filing

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> v. <br> JOHN THEOPHILOU, JR., <br> RONNIE FRANCIS BAKER, and <br> WARREN KO, <br> Defendants. | No. CR08-0338 DLJ <br><br> VIOLATIONS: 18 U.S.C. § 371 – Conspiracy to Commit Wire Fraud; 18 U.S.C. § 1343 – Wire Fraud <br><br> OAKLAND VENUE |

### INDICTMENT

The Grand Jury charges:

<u>COUNT ONE</u>: (18 U.S.C. § 371 – Conspiracy to Commit Wire Fraud)

1.  Beginning at a time unknown to the Grand Jury, but no later than on or about May 17, 2001, and continuing until at least August 7, 2004, in the Northern District of California and elsewhere, the defendants,

JOHN THEOPHILOU, JR.,<br>
RONNIE FRANCIS BAKER, and<br>
WARREN KO,

together with others known to the Grand Jury, did knowingly conspire to devise a material

INDICTMENT
*United States v. Theophilou et al.*          1

1  scheme to defraud, and to obtain money and property by means of materially false and fraudulent
2  pretenses, representations, and promises, and to transmit and cause to be transmitted by wire in
3  interstate commerce any writings, signs, signals, pictures, and sounds to execute such scheme, in
4  violation of Title 18, United States Code, Section 1343.

## METHOD AND MEANS OF THE CONSPIRACY

2. The defendants achieved, and attempted to achieve, the objectives of the conspiracy using the following means and methods, among others:

    A.    The defendants made the following materially false representations to financial institutions and others:

(1) Western Telephone & Telegraph ("WT&T") was a legitimate telecommunications company;

(2) money and property were necessary to support the fictitious telecommunications company;

(3) fictitious persons referred to as "John Burns" and "Gary Smith" were agents of WT&T;

(4) Royal Savings & Credit was a legitimate savings and credit institution;

(5) Royal Savings & Credit, a fictitious institution, provided "independent" credit references for WT&T;

(6) a fictitious person referred to as "Michael Anderson" was an agent of Royal Savings & Credit;

(7) Brooks & Associates was a legitimate accounting firm;

(8) Brooks & Associates, a fictitious accounting firm, provided "independent" auditors' reports of WT&T's financial statements;

(9) fictitious persons referred to as "John Brooks," "G.R. Brooks," and "Grey Brooks" were agents of Brooks & Associates;

(10) Capital Groups Associates ("CGA") was a legitimate vendor of electronics equipment;

(11) CGA, a fictitious vendor of electronics equipment, "sold" WT&T

INDICTMENT
*United States v. Theophilou et al.*    2

     equipment, for which WT&T was financially obligated; and

  (12) a fictitious person referred to as "Jeff Allen" was an agent of CGA.

B. The defendants used WT&T and the related fictitious entities to obtain money and property in excess of $500,000.

## OVERT ACTS

3. In furtherance of the conspiracy, and to obtain the objects thereof, the defendants committed, among others, the following overt acts in the Northern District of California and elsewhere:

A. On or about May 17, 2001, defendant THEOPHILOU signed a service agreement with Executive Business Center, a firm located at 1485 Enea Court, Suite 3300, Concord, California, for mail service at that location on behalf of CGA.

B. On or about August 2, 2001, defendant THEOPHILOU, in the name of CGA, opened a bank account at Westamerica Bank.

C. On or about March 8, 2002, defendant THEOPHILOU signed a sublease agreement with Legate and Company, Inc., for the use of one private office for $375 per month for WT&T at 1820 Galindo Street, Suite 215, Concord, California.

D. On or about April 26, 2002, defendants THEOPHILOU, BAKER, and KO, and another person, together acting on behalf of WT&T, met at Cole European in Walnut Creek, California, for the purpose of entering into a Motor Vehicle Lease Agreement with Jaguar Credit to lease a 2002 Jaguar X-Type 3 valued at $43,402.05, and a second 2002 Jaguar X-Type 3 valued at $43,727.

E. From on or about May 18, 2002, through on or about May 31, 2004, defendant THEOPHILOU, using the names "John Brooks," "Grey Brooks," and "G.R. Brooks," maintained an account for telephone and mail services for Brooks & Associates with Interactive Worldwide at 609 Deep Valley Drive, Suite 200, Rolling Hills Estates, California.

F. From no later than on or about November 22, 2002, through some time in 2004,

INDICTMENT
*United States v. Theophilou et al.*   3

defendant THEOPHILOU subleased a room at 5161 Clayton Road, Suite G, Concord, California, in the name of Royal Savings & Credit.

G. On or about November 22, 2002, defendant THEOPHILOU opened a telephone service account in the name of Royal Savings & Credit with SBC Pacific Bell Telephone Company.

H. On or about December 12, 2002, defendants THEOPHILOU, BAKER and KO caused TCF Express Leasing to issue a check in the amount of $48,200 made payable to CGA.

I. On or about March 4, 2003, defendants THEOPHILOU, BAKER, and KO caused TCF Express Leasing to wire transfer $24,400 to Westamerica Bank for deposit into the account of CGA.

J. On or about April 2, 2003, defendant THEOPHILOU caused another person to open a bank account the name of WT&T with Mechanics Bank.

K. On or about April 20, 2003, defendant BAKER, on behalf of WT&T, signed a Retail Installment Sale Contract with Peninsula Ford of San Bruno to purchase a 2002 Ford Thunderbird valued at $40,932.05.

L. On or about May 23, 2003, defendants THEOPHILOU and BAKER, using the names "John Burns," caused Ameritech Credit Corporation to wire transfer $48,200 to Westamerica Bank for deposit into the account of CGA.

M. On or about August 27, 2003, defendant KO signed a delivery guarantee on behalf of WT&T that was faxed to Jim Phelps of Capital Equipment Leasing.

N. On or about September 30, 2003, defendant BAKER signed a letter dated September 31 [sic], 2003, to CompUSA acknowledging receipt of an order placed with CompUSA by WT&T.

O. On or about October 13, 2003, defendants THEOPHILOU, BAKER, and KO caused General Electric Capital Corporation to issue a check in the amount of $145,864.03 to Diversified Systems, $88,536.03 of which was allocated on behalf of WT&T.

INDICTMENT
*United States v. Theophilou et al.*            4

P. On or about November 3, 2003, defendants THEOPHILOU, BAKER, and KO, using the name of "Jeff Allen," faxed a CGA invoice to U.S. Capital Corporation in the amount of $64,150.

Q. On or about December 4, 2003, defendants THEOPHILOU and KO, using the name of "John Burns," faxed to Diversified Systems financial statements falsely represented to have been prepared by Brooks & Associates.

All in violation of Title 18, United States Code, Section 371.

<u>COUNTS TWO THROUGH SIX</u>:   (18 U.S.C. § 1343 - Wire Fraud)

4. The allegations set forth in paragraphs two and three are hereby incorporated by reference as though set forth in each of Counts Two through Six.

5. On or about the dates set forth below, in the Northern District of California and elsewhere, the defendants identified below, having devised and intending to devise a material scheme and artifice to defraud, and to obtain money and property by means of materially false and fraudulent pretenses, representations, and promises, well knowing at the time that the pretenses, representations, and promises were false and fraudulent when made, did transmit and cause to be transmitted by means of wire communications in interstate commerce, the wire transfers identified below for the purpose of executing such scheme and artifice to defraud:

//
//
//
//
//
//
//
//
//
//
//
//

INDICTMENT
*United States v. Theophilou et al.*           5

| COUNT | DATE | DEFENDANTS | WIRE TRANSFER |
|---|---|---|---|
| Two | 5/23/2003 | THEOPHILOU BAKER | Wire transfer of $48,200 from Ameritech Credit, Hoffman Estates, Illinois, to Westamerica Bank, Capital Group Associates account, Concord, California |
| Three | 8/27/2003 | THEOPHILOU BAKER KO | Fax of delivery guarantee signed by Ko on behalf of WT&T, Concord, California, to Capital Equipment Leasing, Beaverton, Oregon |
| Four | 10/11/2003 | THEOPHILOU KO | Fax of lease documents signed by Ko on behalf of WT&T, Concord, California, to Diversified Systems, Richardson, Texas |
| Five | 11/3/2003 | THEOPHILOU BAKER KO | Fax of CGA invoice, Concord, California, to U.S. Capital Corporation, Prairie Grove, Illinois |
| Six | 12/4/2003 | THEOPHILOU KO | Fax of WT&T financial reports audited by Brooks & Associates, from Concord, California, to Diversified Systems, Richardson, Texas |

Each in violation of Title 18, United States Code, Section 1343.

DATED:   May 21, 2008

A TRUE BILL.

_____
FOREPERSON

JOSEPH P. RUSSONIELLO
United States Attorney

_____
W. DOUGLAS SPRAGUE
Chief, Oakland Branch

(Approved as to form: _____)
                      AUSA DANIEL R. KALEBA

INDICTMENT
*United States v. Theophilou et al.*                6