1 | JOSEPH P. RUSSONIELLO (CABN 44332[redacted])
United States Attorney

2

3 | BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

4 | DANIEL R. KALEBA (CABN 223789)
Assistant United States Attorney

5

6 | 1301 Clay Street, Suite 340S
Oakland, California 94612
Telephone: (510) 637–3680

7 | Facsimile (510) 637-3724
daniel.kaleba@usdoj.gov

8 | Attorneys for Plaintiff

**FILED**
MAY 21 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

E-filing

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR08-0338 DLJ |
| Plaintiff, | SEALING APPLICATION AND SEALING ORDER |
| vs. | |
| JOHN THEOPHILOU, JR., RONNIE FRANCIS BAKER, and WARREN KO, | |
| Defendants. | |

The United States requests that the Indictment, Penalty Sheet and Arrest Warrant in the above-captioned case filed with the Court on May 21, 2008, be filed under seal until further order of the Court (except that the Clerk's office may provide a copy of the aforementioned documents to the U.S. Attorney's Office). The reason for this request is to facilitate the arrest of the defendants, who are believed to be residing in separate jurisdictions. Revealing the Indictment and related documents may compromise the arrest of the defendants.

////

////

SEALING APPLICATION AND ORDER


Document No.
District Court
Criminal Case Processing

WHEREFORE, I respectfully request that the Court issue an Order granting this Application.

DATED: May 21, 2008

Respectfully submitted,

JOSEPH P. RUSSONIELLO
United States Attorney

DANIEL R. KALEBA
Assistant United States Attorney

## ORDER

On the government's application, the Indictment, Penalty Sheet, and Arrest Warrant filed with the Court on May 21, 2008, shall be filed under seal until further order of the Court (except that the Clerk's office may provide a copy of the aforementioned documents to the U.S. Attorney's Office).

IT IS SO ORDERED.

DATED: 5/21/08

WAYNE D. BRAZIL
UNITED STATES MAGISTRATE JUDGE