DOCUMENTS UNDER SEAL [X]  
TOTAL TIME (mins): 5 Mins

| MAGISTRATE JUDGE MINUTE ORDER | DEPUTY CLERK<br>Ivy L. Garcia | REPORTER/FTR<br>FTR: 6/2/08 11:06:58-11:11:55 | |
|---|---|---|---|
| MAGISTRATE JUDGE<br>HON. WAYNE D. BRAZIL | DATE<br>6/2/08 | NEW CASE<br>[ ] | CASE NUMBER<br>CR-08-00338-DLJ |

### APPEARANCES

| DEFENDANT<br>WARREN KO | AGE | CUST<br>No | P/NP<br>P | ATTORNEY FOR DEFENDANT<br>Joyce Leavitt | PD. [X] RET. [ ]<br>APPT. [ ] |
|---|---|---|---|---|---|
| U.S. ATTORNEY<br>Deborah Douglas for Daniel Kaleba | INTERPRETER<br>Int. not needed by the deft. | | | [X] FIN. AFFT SUBMITTED | [X] COUNSEL APPT'D |
| PROBATION OFFICER<br>None | PRETRIAL SERVICES OFFICER<br>Amy Berthelsen | | | DEF ELIGIBLE FOR APPT'D COUNSEL [X] | PARTIAL PAYMENT OF CJA FEES [ ] |

### PROCEEDINGS SCHEDULED TO OCCUR

| [ ] INITIAL APPEAR | [ ] PRELIM HRG | [ ] MOTION | [ ] JUGM'T & SENTG | [ ] STATUS |
|---|---|---|---|---|
| [ ] I.D. COUNSEL | [X] ARRAIGNMENT<br>3 Mins HELD | [ ] BOND HEARING | [ ] INITIAL APPEAR REV PROB OR S/R | [ ] OTHER |
| [ ] DETENTION HRG | [ ] ID / REMOV HRG | [ ] CHANGE PLEA | [ ] PROB. REVOC. | [X] ATTY APPT HEARING<br>2 Mins HELD |

### INITIAL APPEARANCE

| [ ] ADVISED OF RIGHTS | [ ] ADVISED OF CHARGES | [ ] NAME AS CHARGED IS TRUE NAME | [ ] TRUE NAME: |
|---|---|---|---|

### ARRAIGNMENT

| [ ] ARRAIGNED ON INFORMATION | [X] ARRAIGNED ON INDICTMENT<br>CTS. 1, 3 to 6 | [ ] READING WAIVED | [ ] WAIVER OF INDICTMENT FILED |
|---|---|---|---|

FILED JUN 2 - 2008  
RICHARD W. WIEKING  
CLERK, U.S. DISTRICT COURT  
NORTHERN DISTRICT OF CALIFORNIA  
OAKLAND

### RELEASE

| [ ] RELEASED ON O/R | [ ] ISSUED APPEARANCE BOND | AMT OF SECURITY<br>$ | SPECIAL NOTES | [ ] PASSPORT SURRENDERED DATE: |
|---|---|---|---|---|

| PROPERTY TO BE POSTED<br>[ ] CASH  $ | CORPORATE SECURITY [ ] | REAL PROPERTY: [ ] |
|---|---|---|

| [ ] MOTION FOR DETENTION | [ ] PRETRIAL SERVICES REPORT | [ ] DETAINED | [ ] RELEASED | [ ] DETENTION HEARING AND FORMAL FINDINGS WAIVED | [ ] REMANDED TO CUSTODY |
|---|---|---|---|---|---|

ORDER REMOVED TO THE DISTRICT OF

### PLEA

| [ ] CONSENT ENTERED | [X] NOT GUILTY AS TO CTS. 1, 3 to 6 | [ ] GUILTY | GUILTY TO COUNTS: [ ] |
|---|---|---|---|
| [ ] PRESENTENCE REPORT ORDERED | [ ] CHANGE OF PLEA | [ ] PLEA AGREEMENT FILED | OTHER: |

### CONTINUANCE

| TO:<br>6/6/08 | [ ] ATTY APPT HEARING | [ ] BOND HEARING | [ ] STATUS RE: CONSENT | [X] STATUS / TRIAL SET |
|---|---|---|---|---|
| AT:<br>10:00 a.m. | [ ] SUBMIT FINAN. AFFIDAVIT | [ ] PRELIMINARY HEARING OR ARRAIGNMENT | [ ] CHANGE OF PLEA | [ ] OTHER |
| BEFORE HON.<br>WAYNE D. BRAZIL | [ ] DETENTION HEARING | | [ ] MOTIONS | [ ] JUDGMENT & SENTENCING |
| [X] TIME WAIVED BY THE DEFT. RE: SPEEDY TRIAL ACT CALCULATION BET. NOW & UNTIL 6/6/08 FOR EFFECTIVE PREP. OF COUNSEL | [X] TIME EXCLUDABLE UNDER 18 § USC 3161 | [ ] IDENTITY / REMOVAL HEARING | [ ] PRETRIAL CONFERENCE | [ ] PROB/SUP REV. HEARING |

### ADDITIONAL PROCEEDINGS

If AFPD J. Leavitt and AUSA D. Kaleba will be able to jointly agree on a hearing date as to when this matter should be set bef. Judge D. L. Jensen, then the hearing date set on 6/6/08 at 10:00 a.m. bef. Mag. Judge W.D. Brazil will be vacated upon AFPD J. Leavitt notifying Mag. Judge Brazil via e-filed letter prior to 6/6/08.

cc: WDB's Stats, Frances

DOCUMENT NUMBER: Document No.  
District Court Criminal Case Processing