```
1  JOSEPH P. RUSSONIELLO (CASBN 44332)
   United States Attorney
2
   BRIAN J. STRETCH (CASBN 163973)
3  Chief, Criminal Division

4  STEPHEN G. CORRIGAN (MABN 100560)
   Assistant United States Attorney
5
       1301 Clay Street, Suite 340S
6      Oakland, California 94612
       Telephone: (510) 637-3680
7      Facsimile: (510) 637-3724
       E-Mail: stephen.corrigan@usdoj.gov
8
9  Attorneys for Plaintiff
```

                    UNITED STATES DISTRICT COURT

                   NORTHERN DISTRICT OF CALIFORNIA

                           OAKLAND DIVISION

| UNITED STATES OF AMERICA, | ) | No.  CR 08-0338 DLJ |
|---|---|---|
| Plaintiff, | ) | |
| | ) | NOTICE OF SUBSTITUTION OF |
| v. | ) | ATTORNEY |
| | ) | |
| JOHN THEOPHILOU, JR., ET AL., | ) | |
| | ) | |
| Defendant. | ) | |

   Please take notice that as of June 13, 2008, the Assistant United States Attorney whose name, address, telephone number and e-mail address listed below is assigned to be counsel for the government.

                       STEPHEN G. CORRIGAN
                    Assistant United States Attorney
                    1301 Clay Street; Suite 340S
                       Oakland, California 94612
                         Phone: 510/637-3680
                          Fax: 510/637-3724
                   E-mail: stephen.corrigan@usdoj.gov

   The Clerk is requested to change the docket sheet and other court records so as to reflect that all orders and communications from the court will in the future be directed to
////

SUBSTITUTION OF ATTORNEY

1  AUSA Daniel R. Kaleba at the above mailing address, telephone number, facsimile
2  number and e-mail address.
3
4
   DATED: June 13, 2008                Respectfully submitted,
5
                                       JOSEPH P. RUSSONIELLO
6                                      United States Attorney
7
8                                      _____/s/_____
                                       STEPHEN G. CORRIGAN
9                                      Assistant United States Attorney

SUBSTITUTION OF ATTORNEY