**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
<u>Criminal Pretrial Minute Order</u>
**JUDGE D. LOWELL JENSEN**
**Date:  6/20/08**

**Clerk: Frances Stone**
**Court Reporter: DIANE SKILLMAN**

**Plaintiff:**  United States

**v.**                                                        **No.**  CR-08-00338-DLJ

**Defendant:** Ronnie Francis Baker [present; not in custody]
           Warren Ko [present; not in custody]

**Appearances for AUSA:** Stephen Corrigan

**Appearances for Defendant: Def Baker:** Laura McKibbin for Phil Schnayerson
                          Def Ko:  Joyce Leavitt

**Interpreter:**
**Probation Officer:**

**Reason for Hearing:**              **Ruling:**
**SETTING/STATUS**                **-HELD**

**Notes:**  Def #01- Theophilu still out of state; has a 7/3/08 initial appearance before WDB
      Def Baker: Def counsel requested and Court agreed that the Pretrial Release Condition
to maintain employment can be deleted. Per Def  Counsel Def Baker has disability- back problem,
hearing loss and post traumatic stress syndrome.

**Case Continued to   8/1/08 AT 9:00AM      for  STATUS/SETTING**

**Case Continued to:**        for
**Case Continued to:**        for
**Motions to be filed by:**      **Opposition Due:**

**Case Continued to**                   **for Pretrial Conference**

**Case Continued to**       for            **Trial**

**Excludable Delay: Category: Begins:  6/20/08        Ends:8/1/08**