UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
Criminal Pretrial Minute Order
JUDGE D. LOWELL JENSEN
Date:  August 1, 2008

**Clerk:** Frances Stone
**Court Reporter:** RAYNEE MERCADO

**Plaintiff:**  United States

**v.**                                                                 **No.** CR-08-00338-DLJ

**Defendant:** John Theophilou Jr. [present; not in custody]
Ronnie Francis Baker [present; not in custody]
Warren Ko  [present; not in custody]

**Appearances for AUSA:** Stephen Corrigan

**Appearances for Defendant:**  Def Theophilou- Julia Jayne
Def Baker- Laura McKibbin (for Phil Schnayerson)
Def  Ko  - Joyce Leavitt

**Interpreter:**

**Probation Officer:**

**Reason for Hearing:**           **Ruling:**
STATUS/SETTING                    -HELD

**Notes:**

**Case Continued to**    9/19/08 AT 9:00AM  for STATUS

**Case Continued to:**        for
**Case Continued to:**        for
**Motions to be filed by:**       **Opposition Due:**
**Case Continued to**                  for Pretrial Conference
**Case Continued to**        for            Trial

**Excludable Delay: Category: Begins:**   8/1/08     **Ends:** 9/19/08