BARRY J. PORTMAN
Federal Public Defender
JOYCE LEAVITT
Assistant Federal Public Defender
555 12th Street, Suite 650
Oakland, CA 94607-3627
(510) 637-3500

Counsel for Defendant KO

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | No. CR 08-0338 DLJ |
| Plaintiff, ) | |
| ) | STIPULATION AND |
| v. ) | ORDER CONTINUING SENTENCING |
| ) | DATE |
| ) | |
| WARREN KO, ) | |
| ) | |
| Defendant. ) | |

IT IS HEREBY STIPULATED, by and between the parties to this action, that the sentencing date in this case, currently scheduled for Friday, February 20, 2009, at 10:00 a.m. before Honorable D. Lowell Jensen, may be continued to Friday, March 6, 2009, at 10:00 a.m. for sentencing. The reason for the request is that defense counsel will be out of the country from February 13, 2009 through February 23, 2009 and would like to be present at sentencing. Should the Court continue the matter two weeks, it will provide additional time for defense counsel to file a sentencing memorandum one week prior to sentencing and be present at sentencing. United States Probation

officer Brian Casai, who is preparing the presentence report, has been notified and has no objection to the proposed continuance.

DATED: January 14, 2009            /s/
                                   JOYCE LEAVITT
                                   Assistant Federal Public Defender

DATED: January 14, 2009            /s/
                                   STEPHEN CORRIGAN
                                   Assistant United States Attorney

I hereby attest that I have on file all holographed signatures for any signatures indicated by a conformed signature "/s/" within this e-filed document.

## ORDER

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the sentencing date in this case, currently scheduled for Friday, February 20, 2009, before Honorable D. Lowell Jensen, may be continued two weeks to Friday, March 6, 2009, at 10:00 a.m. for sentencing.

SO ORDERED.

DATED: January 15, 2009            _____
                                   HONORABLE D. LOWELL JENSEN
                                   United States District Judge