| | |
|---|---|
| 1 | BARRY J. PORTMAN |
| | Federal Public Defender |
| 2 | JOYCE LEAVITT |
| | Assistant Federal Public Defender |
| 3 | 555 12th Street, Suite 650 |
| | Oakland, CA 94607-3627 |
| 4 | (510) 637-3500 |
| 5 | Counsel for Defendant KO |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | No. CR 08-0338 DLJ |
| Plaintiff, | ) | |
| | ) | STIPULATION AND ORDER |
| v. | ) | CONTINUING SENTENCING DATE |
| | ) | |
| | ) | |
| WARREN KO, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

　　　　IT IS HEREBY STIPULATED, by and between the parties to this action, that the sentencing date in this case, currently scheduled for Friday, March 6, 2009, at 10:00 a.m. before Honorable D. Lowell Jensen, may be continued to **Friday, March 20, 2009**, at 10:00 a.m. for sentencing. The matter was previously continued from February 20, 2009 to March 6, 2009 because defense counsel is out of the country from February 13, 2009 through February 23, 2009 and wanted to be present at sentencing. However the probation officer has requested that the sentence be continued a few more

*U S v. Warren Ko*, CR 08-0038 DLJ
Stip. Continuing Sentencing　　　　　　　　　　- 1 -

weeks to allow him additional time to prepare the 35 day draft pre-sentence report. He has no objection to the continuance and is recommending that sentencing be continued to **March 20, 2009.**

DATED: January 27, 2009 /s/
JOYCE LEAVITT
Assistant Federal Public Defender

DATED: January 27, 2009 /s/
STEPHEN CORRIGAN
Assistant United States Attorney

I hereby attest that I have on file all holographed signatures for any signatures indicated by a conformed signature "/s/" within this e-filed document.

## ORDER

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that for the reasons described above, the sentencing date in this case, currently scheduled for Friday, March 6, 2009, before Honorable D. Lowell Jensen, may be continued three weeks to **Friday, March 20, 2009, at 10:00 a.m.** for sentencing.

SO ORDERED.

DATED: January 30, 2009

HONORABLE D. LOWELL JENSEN
United States District Judge

*U S v. Warren Ko*, CR 08-0038 DLJ
Stip. Continuing Sentencing         - 2 -