| | |
|---|---|
| 1 | JOSEPH P. RUSSONIELLO (CASBN 44332) |
| | United States Attorney |
| 2 | |
| 3 | BRIAN J. STRETCH (CASBN 163973) |
| | Chief, Criminal Division |
| 4 | STEPHEN G. CORRIGAN (MABN 100560) |
| | Assistant United States Attorney |
| 5 | |
| 6 | 1301 Clay Street, Suite 340S |
| | Oakland, California 94612450 |
| 7 | Telephone: (510) 637-3701 |
| | Facsimile: (510) 637-3724 |
| 8 | stephen.corrigan@usdoj.gov |

**FILED**

JUN 1 2 2009

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 08-0338 DLJ |
| Plaintiff, | STIPULATED RESTITUTION AMOUNT AND [~~PROPOSED~~] ORDER |
| v. | |
| WARREN KO, | |
| Defendant. | |

The defendant, Warren Ko, through counsel of record, Joyce Leavitt, and the United States, stipulate and agree that, pursuant to his plea of guilty to the charge of conspiracy to commit wire fraud, in violation of 18 U.S.C. § 371, defendant Ko will pay restitution in the total amount of $32,669.33, payable to the following entities in the amounts noted.

| | | | |
|---|---|---|---|
| 1. | Ford Motor Credit Company | | $8,130.80 |
| | One American Road | | |
| | Dearborn, MI | | |
| 2. | American Express | | $13,957.51 |
| | Suite 0002 | | |
| | Chicago, IL 60679-0002 | | |

STIPULATED RESTITUTION
AMOUNT AND [PROPOSED] ORDER
CR 08-0338 DLJ

| | | | |
|---|---|---|---|
| 1 | 3. | Advanta Bank Corp<br>P.O. Box 8088<br>Philadelphia, PA 19101-8088 | $4,868.80 |
| 2 | 4. | Bank One<br>800 Brookedge Boulevard<br>Westerville, OH | $5,712.22 |

DATED: June 12, 2009

_____
WARREN KO

DATED: June 12, 2009

_____
JOYCE LEAVITT
Attorney for Defendant

DATED: June 11, 2009

_____
STEPHEN G. CORRIGAN
Assistant United States Attorney

SO ORDER.

DATED: June 12, 2009

_____
D. LOWELL JENSEN
United State District Judge

STIPULATED RESTITUTION
AMOUNT AND [PROPOSED] ORDER
CR 08-0338 DLJ

2